UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

MICHAEL EYES, individually and on      )
behalf of himself and other similarly  )
situated current and former employees, )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )      No.:    2:20-CV-208-KAC-CRW
                                       )
UNITED PROPANE GAS, INC., and          )
LAKEWAY PROPANE GAS, INC.,             )
                                       )
            Defendants.                )

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is United States Magistrate Judge Cynthia R. Wyrick's "Report and Recommendation" ("Report") entered on December 22, 2021 [Doc. 40]. On July 1, 2021, Plaintiff Michael Eyes filed a "Motion for FLSA Conditional Certification" [Doc. 33], which, among other things, (1) sought to "conditionally certify a collective action" under the Fair Labor Standards Act ("FLSA") and (2) provided for notification of potential members of the collective action [*Id.* at 1-2]. On October 28, 2021, the Parties filed a "Stipulation on Plaintiff's Motion for Fair Labor Standards Act Conditional Certification" [Doc. 39]. In that Stipulation, the Parties "agreed to conditional certification and the issuance of Court-approved notice" using forms and terms that were more precise and limited than those in Plaintiff's initial motion for conditional certification [*See id.* at 1; *Compare* Docs. 39-1 & 39-2 *with* Doc. 33].

In her Report, Judge Wyrick recommends that the Court grant Plaintiff's "Motion for FLSA Conditional Certification" [Doc. 33], as modified by the Parties' later "Stipulation on Plaintiff's Motion for Fair Labor Standards Act Conditional Certification" [Doc. 39]; approve the Parties' proposed notification and consent forms and terms [*See* Docs. 39-1, 39-2]; and defer a

decision on an equitable tolling issue until necessary discovery is completed and the matter is fully briefed [*See* Doc. 40 at 7, 8, 9]. Neither Party has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** Judge Wyrick's Report [Doc. 40] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). The Court **ORDERS** as follows:

(1) The Court **GRANTS** Plaintiff's "Motion for FLSA Conditional Certification" [Doc. 33], as modified by the Parties' "Stipulation on Plaintiff's Motion for Fair Labor Standards Act Conditional Certification" [Doc. 39];

(2) The Court **APPROVES** the Parties' proposed notification and consent forms [Doc. 39-1] and terms [*See* Doc 39] and **AUTHORIZES** the issuance of the Parties' proposed notification and consent forms to potential members of the conditionally-certified collective action; and

(3) The Court **DEFERS** a decision on equitably tolling until necessary discovery is completed and the matter is fully briefed.

IT IS SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge